UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT A. CERVANTES, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:09-0975 |
| v. ) | Judge Nixon/Knowles/Brown |
| ) | **Jury Demand** |
| NASHVILLE MACHINE ELEVATOR ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendants ) | |

## O R D E R

A settlement conference was held with the parties in this matter on February 15, 2011. The parties were unable to reach an agreement satisfactory to both sides. The parties are advised that the Magistrate Judge stands ready to assist should the parties jointly agree that further mediation would be of mutual benefit.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge