IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT A. CERVANTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:09-cv-0975 |
| | ) | JURY DEMAND |
| NASHVILLE MACHINE | ) | |
| ELEVATOR COMPANY, INC. | ) | |
| | ) | Judge Nixon |
| Defendant. | ) | Magistrate Judge Knowles/Brown |

## ORDER SETTING TRIAL

Come now the Plaintiff and Defendant, by and through counsel, and submit this Order Setting Trial. As stated in the Order filed February 16, 2011, in this matter, a settlement conference was held with the parties, before Magistrate Judge Joe B. Brown, on February 15, 2011 and the parties were unable to reach an agreement satisfactory to both sides.

Plaintiff and Defendant hereby respectfully request this matter be set for trial, which is anticipated to last three (3) to four (4) days, to begin on **Tuesday, May 17, 2011 at 9:00 a.m.**

It is so **ORDERED**.

ENTERED this the 28 day of February, 2011.

_____
SENIOR JUDGE JOHN T. NIXON