IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT A. CERVANTES, | ) |
| Plaintiff. | ) |
| v. | ) Case No.: 3:09-cv-0975 |
| NASHVILLE MACHINE ELEVATOR COMPANY, INC. | ) JUDGE NIXON <br> ) MAGISTRATE JUDGE KNOWLES |
| Defendant. | ) JURY DEMAND |

## ORDER

Defendant Nashville Machine Elevator Company, Inc. has moved the Court to bifurcate the trial of this case so that any determination as to any amount of punitive damages that may be awarded will be determined in a separate, second phase of the trial, and only if the jury has determined in the first phase of the trial that punitive damages should be awarded. Plaintiff Robert A. Cervantes does not oppose Defendant's motion to bifurcate, and the Court finds that the motion is well-taken. Defendant's motion to bifurcate the trial of this action is therefore GRANTED.

IT IS SO ORDERED.

_____
John T. Nixon
United States District Court Judge