IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT A. CERVANTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-00975 |
| | ) | Judge Nixon |
| NASHVILLE MACHINE ELEVATOR | ) | Magistrate Judge Knowles |
| COMPANY, INC., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff Robert A. Cervantes' Stipulation of Dismissal with Prejudice (Doc. No. 62), stating that the Parties have agreed that Plaintiff's claims against Defendant should be dismissed with prejudice. Per Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that this action be **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 6th day of June, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT